**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT A. GIBBS, | No. 2:20-CV-1957-TLN-DMC |
| Plaintiff, | |
| v. | ORDER |
| SHON NORTHAM, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. On the Court's own motion, the scheduling conference set before the undersigned for January 5, 2022, at 10:00 a.m., in Redding, California, is taken off calendar. Defendants' motion to dismiss, noticed for hearing on the same date and time before the undersigned in Redding, California, remains on calendar subject to further order of the Court.

IT IS SO ORDERED.

Dated: November 30, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1