IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. GIBBS, | No. 2:20-CV-1957-TLN-DMC |
| Plaintiff, | |
| v. | ORDER |
| SHON NORTHAM, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is Defendant Shasta County's motion to dismiss, ECF No. 11. The motion was noticed for hearing before the undersigned in Redding, California, on January 5, 2022. See id. As of December 28, 2021, Plaintiff had not filed oppositions to the pending motion and the Court issued an order vacating the January 5, 2022, hearing and submitted the matters on the record without oral argument pursuant to Eastern District of California Local Rule 230(c), which forecloses the opportunity for a hearing when a litigant fails to file timely opposition to a motion. See ECF No. 17. On January 11, 2022, Plaintiff filed a late opposition to pending motions in Gibbs v. Jens, et al., 2:20-CV-1956-KJM-DMC.¹ See ECF No. 20.

---

¹ While the late opposition was only filed in the Gibbs v. Jens, et al., action, it appears to relate to motions to dismiss also pending in the instant action as well as Gibbs v. Bridgett, et al., 2:20-CV-1961-KJM-DMC. By separate order issued in the Gibbs v. Jens, et al., action, the Clerk of the Court has been directed to file Plaintiff's late opposition in this case and Gibbs v. Bridgett, et al.

1

1  The Court accepts Plaintiff's January 11, 2022, filing as a late opposition to the pending motion to dismiss. Pursuant to Local Rule 230(g), which permits the Court to re-open a matter in which oral argument has been previously vacated, and in the interest of providing the parties a full and fair opportunity to be heard, the Court will re-set the pending motion to dismiss for oral argument before the undersigned in Redding, California, on February 3, 2022, at 1:30 p.m. The hearing shall be in-person, though any party may arrange a telephonic appearance through CourtCall without prior authorization from the Court. Defendants may file a reply to Plaintiff's late opposition on or before January 27, 2022.

IT IS SO ORDERED.

Dated: January 14, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2